# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:07CR39-001 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) | |
| ) | |
| ) | |
| STERLING CARTER, ) | |
| ) | ORDER |
| Defendant(s). ) | |
| ) | |

Jurors were summoned in the above matter for trial beginning on August 22, 2007.

Defendant, through counsel, notified the Court of his decision to plead guilty to Count 1 of the Indictment.

The costs assessed for this jury totals $3,001.44.  The Court assesses costs to the Defendant, Sterling Carter.

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

DATE: September 4, 2007